## AFFIDAVIT OF PHILIP J. NATHANSON

STATE OF ARIZONA )
                              ) SS
COUNTY OF MARICOPA )

        PHILIP J. NATHANSON, being first duly sworn, certifies, deposes and declares:

        1. My law firm, THE NATHANSON LAW FIRM, and myself represent the plaintiff in this case.

        2. Meredith Nathanson, my 35 year-old daughter, who is also an associate attorney at THE NATHANSON LAW FIRM, underwent emergent cancer surgery on August 5, 2009, at Northwestern Memorial Hospital, in Chicago, Illinois. Meredith was hospitalized for 7 days, and was discharged from NWMH on August 12, 2009. Following her recuperation from surgery, Meredith underwent her first chemotherapy treatment on Tuesday, August 25, 2009, and continued to undergo double dosage chemotherapy treatments until mid-December on a treatment schedule where three weeks out of each month she received double-doses of chemotherapy. I took Meredith to her hospital chemotherapy treatments at NWMH because she was not permitted to and could not drive while under the medications and drugs she received during and after her chemotherapy treatments to control the side-effects of chemotherapy.

        3. On September 4, 2009, I was informed that my fifty-four year old sister, Andrea Nathanson, who lives in New York City, was also diagnosed with cancer. Because my father is 83 years old and in no position to deal with Andrea's surgery and illness, I was required to immediately get involved in Andrea's pre-surgery and post-surgery planning and treatment.

4. On September 14, 2009, I flew to New York to be present at my sister Andrea's cancer surgery at Mt. Sinai Hospital in New York City. I remained in New York until September 15, 2009. However, since that time I have been in contact with Andrea's physicians and nurses via long-distance telephone.

5. About a month later, Meredith developed what appeared to be severe flu symptoms. She underwent extensive tests at NWMH that I took her to and attended because of her immuno-comprised state as a cancer patient taking chemotherapy. Because swine flu was on the differential diagnosis, and was suspected by her physicians to be the problem, she was prescribed and administered the drug TAMIFLU for swine flu. She was also given a mask to wear on a full-time basis at that time. I was required to stay with Meredith in her apartment in Chicago because she needed assistance while she was fighting the flu in view of her immuno-comprised state as a cancer patient taking chemotherapy. It turned out that the tests administered at NWMH showed that Meredith did not have swine flu. She had the regular flu.

6. My 32 year-old daughter, Stephanie Nathanson, experienced a severe burn on her back that in November of 2009 was suspected to have turned into melanoma, a dangerous form of skin and tissue cancer. Two surgeries have been performed on her because laboratories at Harvard and BYU could not with clarity determine whether or not she had melanoma. The last such surgical procedure was on January 22, 2010.

7. The statements in the foregoing response are true to the best of my knowledge, information and belief.

FURTHER AFFIANT SAITH NOT.

_____
Philip J. Nathanson

SUBSCRIBED and SWORN to
before me this 9th day of February 9, 2010

_____
Notary Public

OFFICIAL SEAL
REANNA DIEHL
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires April 30, 2013