Philip J. Nathanson    Arizona State Bar #013624
THE NATHANSON LAW FIRM
8765 E. Bell Rd. – Suite 101
Scottsdale, AZ  85260
(480) 419-2578
(480) 419-4136

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| ITORYE TAMAR SILVER, | : | No.  CV-00640-FRZ |
| Plaintiff, | : | |
| vs. | : | **JOINT SETTLEMENT STATUS REPORT.** |
| TOM SLUTES and SLUTES, SAKRISON & ROGERS, P.C., | : | **Judge Frank R. Zapata, Presiding.** |
| Defendants. | : | |

The parties, plaintiff, ITORYE TAMAR SILVER, by her attorney, PHILIP J. NATHANSON, and defendants, TOM SLUTES and SLUTES, SAKRISON & ROGERS, P.C., by their attorneys, Peter Akmajian and Michele G. Thompson, submit this Joint Settlement Status Report.

**REPORT**

There have been no settlement negotiations.  The parties are still conducting discovery and will be in a position to mediate the case privately after the parties' depositions are completed in the next few months.

Respectfully submitted,

By:   /s/  Philip J. Nathanson
Plaintiff's Attorney

Philip J. Nathanson   Arizona State Bar #013624
THE NATHANSON LAW FIRM
8765 E. Bell Rd. – Suite 110
Scottsdale, AZ  85260
(480) 419-2578
(480) 419-4136

By:   /s/  Michele G. Thompson
Defendants' Attorney

Peter Akmajian
Michele G. Thompson
UDALL LAW FIRM, LLP
4801 E. Broadway BLVD., Suite 400
Tucson, Arizona 85711-3638

**CERTIFICATE OF SERVICE**

I, Philip J. Nathanson, an attorney, certify that I caused a copy of this Report to be served upon the above named parties, electronically, by filing the same with the District of Arizona CM-ECF online system on March 1, 2010.

/s/ <u>Philip J. Nathanson</u>
Philip J. Nathanson