IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Itorye Tamar Silver, ) | No. CV 08-640 TUC FRZ |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Tom Slutes and Slutes, Sakrison & ) | |
| Rogers, P.C., ) | |
| ) | |
| Defendants. ) | |

Upon motion and stipulation of the parties and good cause appearing,

**IT IS HEREBY ORDERED:**

- All discovery shall be completed **on or before July 30, 2010**;
- Dispositive motions shall be filed **on or before September 30, 2010**;
- The parties shall file a proposed Joint Pretrial Order **on or before November 30, 2010.**

**IT IS FURTHER ORDERED** that all other provisions of the Court's original Scheduling Order shall remain in effect.

**IT IS FURTHER ORDERED** pursuant to Defendants' Notice of Withdrawal of the Motion to Dismiss, that the Motions to Dismiss [Doc. #20] and [Doc. #23] for expedited ruling are withdrawn from the record.

DATED this 20th day of April, 2010.

*(signature)*
FRANK R. ZAPATA
United States District Judge