# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| ITORYE TAMAR SILVER, | NO. CV 08-640-FRZ |
| Plaintiff, | **ORDER** |
| vs. | |
| TOM SLUTES and SLUTES, SAKRISON & ROGERS, P.C., | |
| Defendants. | |

Upon Defendants' Motion to File Under Seal and good cause appearing,

IT IS HEREBY ORDERED that Defendants shall file their Motion for Summary Judgment and Separate Statement of Facts in Support of Defendants' Motion for Summary Judgment with exhibits under seal.

IT IS FURTHER ORDERED that Plaintiff's Response and Defendants' Reply thereto shall be filed under seal.

DATED this 6th day of December, 2010.

Frank R. Zapata
Senior United States District Judge