**UDALL LAW FIRM, LLP**
ATTORNEYS AT LAW
4801 E. BROADWAY BLVD., SUITE 400
TUCSON, ARIZONA 85711-3638
Telephone: (520) 623-4353
Fax: (520)792-3426
PAkmajian@udalllaw.com
MThompson@udalllaw.com
Peter Akmajian PCC# 772, SBN 009593
Michele G. Thompson, PCC #65371, SBN 019652
Attorneys for Defendants Tom Slutes & Slutes, Sakrison, Rogers, P.C.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ITORYE TAMAR SILVER,<br><br>          Plaintiff,<br><br>vs.<br><br>TOM SLUTES and SLUTES, SAKRISON<br>& ROGERS, P.C.,<br><br>          Defendants. | NO. 4:08-cv-00640-FRZ<br><br>**JOINT SETTLEMENT<br>STATUS REPORT**<br><br>*Assigned to*: Hon. Frank R. Zapata |

The parties, plaintiff ITORYE TAMAR SILVER, by her attorney, PHILIP J. NATHANSON, and defendants, TOM SLUTES and SLUTES, SAKRISON & ROGERS, P.C., by their attorneys, Peter Akmajian and Michele G. Thompson, submit this Joint Settlement Status Report.

The parties participated in private mediation in September 2010. Settlement negotiations were unsuccessful. As discovery continues, however, the parties may consider further negotiations as appropriate.

RESPECTFULLY SUBMITTED this 22nd day of February, 2011.

UDALL LAW FIRM, LLP

By _____/s/ Michele G. Thompson_____
   Peter Akmajian
   Michele G. Thompson
   Attorneys for Defendants Tom Slutes & Slutes,
   Sakrison, Rogers, P.C.

THE NATHANSON LAW FIRM

By_____/s/ Philip J. Nathanson, with permission
  Philip J. Nathanson
  Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2011, I electronically transmitted this document with the Clerk's Office and using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM-ECF registrant:

  Philip J. Nathanson
  THE NATHANSON LAW FIRM
  8765 E. Bell Road, Suite 101
  Scottsdale, AZ  85260
  phillipj@nathasonlawfirm.com
  Attorneys for Plaintiff

By s/  Lucha Oceguera

-2-