**UDALL LAW FIRM, LLP**
ATTORNEYS AT LAW
4801 E. BROADWAY BLVD., SUITE 400
TUCSON, ARIZONA 85711-3638
Telephone: (520) 623-4353
Fax: (520)792-3426
PAkmajian@udalllaw.com
MThompson@udalllaw.com
Peter Akmajian PCC# 772, SBN 009593
Michele G. Thompson, PCC #65371, SBN 019652
Attorneys for Defendants Tom Slutes & Slutes, Sakrison, Rogers, P.C.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| ITORYE TAMAR SILVER, | NO. 4:08-cv-00640-FRZ |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANTS' SETTLEMENT STATUS REPORT** |
| TOM SLUTES and SLUTES, SAKRISON & ROGERS, P.C., | |
| Defendants. | *Assigned to*: Hon. Frank R. Zapata |

Pursuant to this Court's September 1, 2009 Scheduling Order (Doc #13), Defendants TOM SLUTES and SLUTES, SAKRISON & ROGERS, P.C., through undersigned counsel, hereby submit this Settlement Status Report.

Although the Court's Order required the parties to submit a <u>Joint</u> Settlement Status Report every ninety (90) days, undersigned counsel has not been able to communicate with plaintiff's counsel despite repeated attempts. As such, Defendants submit their own Settlement Status Report.

The parties participated in private mediation in September 2010. Settlement negotiations were unsuccessful. As discovery continues, Defendants may consider further negotiations as appropriate.

RESPECTFULLY SUBMITTED this 1st day of September, 2011.

                UDALL LAW FIRM, LLP

                By    /s/ Michele G. Thompson
                    Peter Akmajian
                    Michele G. Thompson
                    Attorneys for Defendants Tom Slutes & Slutes, Sakrison, Rogers, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2011, I electronically transmitted this document with the Clerk's Office and using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM-ECF registrant:

    Philip J. Nathanson
    THE NATHANSON LAW FIRM
    8765 E. Bell Road, Suite 101
    Scottsdale, AZ  85260
    phillipj@nathasonlawfirm.com
    Attorneys for Plaintiff

I hereby certify that on September 1, 2011, a copy of this document was hand delivered to the following:

    Hon. Frank R. Zapata
    US DISTRICT COURT
    405 W. Congress St., Suite 5160
    Tucson, AZ  85701

By s/ Lucha Oceguera