ITORYE TAMAR SILVER,
PLAINTIFF, *PRO SE*
203 W 94TH STREET, APT 5A
NEW YORK, NY 10025
Phone (917) 655-0084
itorye@yahoo.com



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

---

ITORYE TAMAR SILVER,

                Plaintiff,

    -against-

TOM SLUTES and SLUTES, SAKRISON &
ROGERS, P.C.,

                Defendant.

---

No. CV 08-640 TUC FRZ

**NOTICE OF APPEAL FROM AN ORDER OF THE DISTRICT COURT**

      Notice of Appeal to United States Court of Appeals for the Ninth Circuit.

    Itorye Tamar Silver, the plaintiff, appeals to the United States Court of Appeals for the Ninth Circuit from the final order of the district court for the district of Arizona, entered in this case on August 28, 2013, which granted the defendants' motion for summary judgment.

    The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

Defendants: Tom Slutes and Slutes Sakrison & Rogers, P.C.

Defendants' Counsel: Udall Law Firm (Representing both defendants)
4801 E. Broadway Boulevard, Suite 400
Tucson, AZ 85711
Peter Akmajian, *Of Counsel*, pakmajian@udalllaw.com
Michele Guy Thompson, *Of Counsel*, mthompson@udalllaw.com

Plaintiff: Itorye Tamar Silver

Plaintiff's Counsel: *Pro Se*

Date: September 23, 2013

Itorye Tamar Silver, *Pro Se*
203 w 94th Street, Apt 5A
New York, NY 10025
Phone (917) 655-0084
itorye@gmail.com