IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Itorye Tamar Silver, | No. CV-08-0640-TUC-FRZ |
|---|---|
| Plaintiff, | JUDGMENT ON TAXATION OF COSTS |
| v. | |
| Tom Slutes and Slutes, Sakrison & Rogers, P.C., | |
| Defendant. | |

Final judgment having been entered, defendant filed a Bill of Costs on September 12, 2013, seeking the taxation of $3,453.43. No objection was filed. The matter has been reviewed and all costs have been awarded.

The costs are hereby taxed for the defendant in the amount of $3,453.43.

DATED this 1st day of October, 2013.

BRIAN D. KARTH, CLERK

By: _____
Michael O'Brien
Chief Deputy Clerk